UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>                    Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 11), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 11) is granted. Petitioner will have through February 19, 2018, to file an amended petition for a writ of habeas corpus.

DATED THIS 28th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE