UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MONTE LEE BURCH,

                                          Petitioner,

        v.

RENEE BAKER, *et al.*,

                                          Respondents.

Case No. 2:17-cv-00656-MMD-VCF

ORDER

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 13), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (second request) (ECF No. 13) is granted. Petitioner will have through May 21, 2018, to file an amended petition for a writ of habeas corpus.

DATED THIS 21st day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE