UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (third request) (ECF No. 15) is granted. Petitioner will have through June 20, 2018, to file an amended petition.

DATED THIS 23rd day of May 2018.

								MIRANDA M. DU
								UNITED STATES DISTRICT JUDGE