# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (fourth request) (ECF No. 17) is granted. Petitioner will have through July 5, 2018, to file an amended petition.

DATED THIS 28th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE