UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Good cause appearing, it is ordered that Respondents' motion for enlargement of time (first request) (ECF No. 23) is granted. Respondents will have through August 7, 2018, to respond to the motion for leave to conduct discovery (ECF No. 22).

DATED THIS 23rd day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE