UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MONTE LEE BURCH, | Case No. 2:17-cv-00656-MMD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' motion for enlargement of time (second request) (ECF No. 32) is granted. Respondents will have through June 24, 2019, to file and serve a response to the amended petition (ECF No. 19).

DATED THIS 19th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE