UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 39) is granted. Petitioner will have up to and including October 7, 2019, to file a response to the motion to dismiss (ECF No. 34).

DATED THIS 9th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE