# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONTE LEE BURCH,<br><br>                Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

    Petitioner has filed an unopposed motion for extension of time (second request). (ECF No. 41.) The Court finds that there is good cause to grant the motion.

    It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 41) is granted. Petitioner will have up to and including November 6, 2019, to file a response to the motion to dismiss (ECF No. 34).

    DATED THIS 8th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE