UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MONTE LEE BURCH, | Case No. 2:17-cv-00656-MMD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 45.) The Court will grant the motion for good cause.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 45) is granted. Respondents will have up to and including January 6, 2020, to file a response to the motion for reconsideration (ECF No. 44) and to file a reply to the opposition to the motion to dismiss (ECF No. 43).

DATED THIS 21st day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE