UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

The Court finds good cause to grant Respondents' unopposed motion for enlargement of time (second request) (ECF No. 47).

It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 47) is granted. Respondents will have up to and including February 5, 2020, to file a response to the motion for reconsideration (ECF No. 44) and to file a reply to the opposition to the motion to dismiss (ECF No. 43).

DATED THIS 8th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE