UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, et al.,<br>　　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (first request) (the "Motion") (ECF No. 56). He asks for additional time to file a declaration signed by Petitioner himself in which he chooses to dismiss grounds five, eight, nine, and ten. Although the Court already granted the Motion, the Court still wants a declaration signed by Petitioner himself that this was, indeed, his choice. The Court finds good cause to grant the Motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 56) is granted. Petitioner will have up to and including June 5, 2020, to file a declaration signed by Petitioner himself that states he chose to dismiss grounds five, eight, nine, and ten of the Amended Petition (ECF No. 19).

DATED THIS 8th day of May 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE