UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br>　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (second request) (ECF No. 58). He asks for additional time to file a declaration signed by Petitioner himself and that indicates he has chosen to dismiss grounds five, eight, nine, and ten. Although the Court finds good cause to grant the motion, the Court emphasizes that it still wants a declaration signed by Petitioner confirming that this was, indeed, his choice.

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 58) is granted. Petitioner will have up to and including July 6, 2020, to file a declaration signed by Petitioner himself indicating that he chose to dismiss grounds five, eight, nine, and ten of the Amended Petition (ECF No. 19).

DATED THIS 5th day of June 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE