UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MONTE LEE BURCH,

                        Petitioner,

    v.

RENEE BAKER, *et al.*,

                      Respondents.

Case No. 2:17-cv-00656-MMD-VCF

ORDER

     Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 63). The Court finds good cause to grant Respondents' motion.

     It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 63) is granted. Respondents will have up to and including September 4, 2020, to file and serve an answer to the remaining claims of the Amended Petition (ECF No. 19).

     DATED THIS 5th day of August 2020.

 

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE