UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

　　　Petitioner has filed an unopposed motion for extension of time (first request). (ECF No. 66.) The Court finds good cause exists to grant Petitioner's motion.

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 66) is granted. Petitioner will have up to and including December 4, 2020, to file and serve a reply to the answer (ECF No. 65).

　　　DATED THIS 5th day of October 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE