UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MONTE LEE BURCH, | Case No. 2:17-cv-00656-MMD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (second request) (ECF No. 68). The Court finds good cause to grant Petitioner's Motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 68) is granted. Petitioner will have up to and including January 19, 2021, to file and serve a reply to the answer (ECF No. 65).

DATED THIS 7th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE