UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTE LEE BURCH,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　Respondents. | Case No. 2:17-cv-00656-MMD-VCF<br><br>ORDER |

　　　Petitioner has filed an unopposed motion for extension of time (third request) (ECF No. 70). The Court finds good cause to grant Petitioner's Motion.

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 70) is granted. Petitioner will have up to and including February 18, 2021, to file and serve a reply to the answer (ECF No. 65).

　　　DATED THIS 20th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE