UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MONTE LEE BURCH, | Case No. 2:17-cv-00656-MMD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 74). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 74) is granted. Respondents will have up to and including April 5, 2021, to file and serve a response to Petitioner's motion for an evidentiary hearing. (ECF No. 73.)

DATED THIS 4th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE